**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DAVID J. PEDERSEN,

Plaintiff-Appellant,

v.

TRACY SCHNEIDER, Correctional
Manager,

Defendant-Appellee.

No. 22-35012

D.C. No. 3:21-cv-05121-RSM

MEMORANDUM*

Appeal from the United States District Court
for the Western District of Washington
Ricardo S. Martinez, District Judge, Presiding

Submitted January 18, 2023**

Before:     GRABER, PAEZ, and NGUYEN, Circuit Judges.

David J. Pedersen, a Washington state prisoner, appeals pro se the district

court's summary judgment in his 42 U.S.C. § 1983 action alleging a First

Amendment violation in connection with the rejection of outgoing mail.  We have

jurisdiction under 28 U.S.C. § 1291.  We review de novo the district court's

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

decision on cross-motions for summary judgment. *JL Beverage Co., LLC v. Jim Beam Brands Co.*, 828 F.3d 1098, 1104 (9th Cir. 2016). We affirm.

The district court properly granted summary judgment for defendant because Pedersen failed to raise a genuine dispute of material fact as to whether the rejected outgoing letter was not obscene or whether the prison's policy regulating outgoing mail did not further a substantial government interest. *See Procunier v. Martinez*, 416 U.S. 396, 413 (1974), *overruled on other grounds by Thornburgh v. Abbott*, 490 U.S. 401 (1989) (explaining that the First Amendment is not violated by regulation of outgoing prisoner mail which furthers a substantial government interest and is no greater than necessary to protect that interest); *Miller v. California*, 413 U.S. 15, 23-26 (1973) (setting forth test for determining obscene material unprotected by the First Amendment).

**AFFIRMED.**